UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.09-0290 FCD |
| v. | ) | |
| | ) | |
| AUGUST JOSE ANDERSON, aka Augie, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( X ) Ad Prosequendum           ( ) Ad Testificandum

Name of Detainee:         AUGUST JOSE ANDERSON
Detained at (custodian):  EL DORADO COUNTY JAIL

Detainee is:    a.)    (X) charged in this district by:   (X Indictment   () Information   () Complaint
                       charging detainee with: **Possession of Stolen Mail .**
        or      b.)    ()  a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ( ) return to the custody of detaining facility upon termination of proceedings
        or      b.)    (X) be retained in federal custody until final disposition of federal charges, as a
                       sentence is currently being served at the detaining facility

*Appearance is necessary on* **Forthwith**  *in the Eastern District of California.*

Signature:                   /s/ ROBIN R. TAYLOR
Printed Name & Phone No:     Robin R. Taylor  (916) 554-2722
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
( X )Ad Prosequendum           () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Forthwith** at 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 21, 2009.

_____
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):       August Jose Anderson aka Augie

                                                                          Male
Booking or CDC #:             JN0901965                                   DOB: 11/11/70
Facility Address:             300 Forni Road                              Race:
                              Placerville, CA 95667                       FBI #:
Facility Phone:               (530) 621-6000
Currently Incarcerated For:   Possession of Stolen Mail

### RETURN OF SERVICE

Executed on   _____   By:  _____
                                            (Signature)