UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.09-0290 FCD |
| v. | ) | |
| | ) | |
| AUGUST JOSE ANDERSON, aka Augie | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee:     **AUGUST JOSE ANDERSON**
Detained at (custodian):   **DEUEL VOCATIONAL INSTITUTION (DVI)**
Detainee is:    a.)  (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
           charging detainee with: **Possession of stolen mail**.
  or   b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ( ) return to the custody of detaining facility upon termination of proceedings
  or   b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence
       is currently being served at the detaining facility

*Appearance is necessary **Forthwith** in the Eastern District of California.*

       Signature:      /s/ ROBIN R. TAYLOR
       Printed Name & Phone No:   Robin R. Taylor (916) 554-2722
       Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
   (X) Ad Prosequendum        ( ) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Forthwith** at 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/4/09

                   /s/ Dale A. Drozd
                   United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | August Jose Anderson aka Augie | Male |
| Booking or CDC #: | AA9453 | DOB: 11/11/70 |
| Facility Address: | Deuel Vocational Institution Att: Records | Race: |
| | P.O. Box 400, Tracy, CA 95378-0400 | FBI #: |
| Facility Phone: | (209) 835-4141 | |
| Currently Incarcerated For: | Possession of Stolen Mail | |

### RETURN OF SERVICE

Executed on _____    By: _____
                (Signature)