1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   AUGUST JOSE ANDERSON
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 2:09-CR-290 FCD
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                                  ) STATUS CONFERENCE TO FEBRUARY 8,
12      v.                        ) 2010
                                  )
13 AUGUST JOSE ANDERSON,          ) Date:  December 14, 2009
                                  ) Time:  10:00 a.m.
14              Defendant.        ) Judge: Hon. Frank C. Damrell, Jr.
   _____)
15

16      The parties stipulate, through respective counsel, Robin R.

17 Taylor, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Anderson, that the Court should vacate the status

19 conference scheduled for December 14, 2009, at 10:00 a.m., and set a

20 new conference date of February 8, 2010, at 10:00 a.m.

21      Counsel for Mr. Anderson requires further time to review discovery

22 with him, and to negotiate with the government in an effort to resolve

23 this matter.

24      The parties further stipulate that the Court should exclude the

25 period from the signing of this order through February 8, 2010, when it

26 computes the time within which the trial of the above criminal

27

28 STIPULATION AND ORDER            1              2:09-CR-290 FCD

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting this
3  request for a continuance outweigh the best interest of the public and
4  Mr. Anderson in a speedy trial, and that this is an appropriate
5  exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)
6  (Local Code T4).

8  Dated: December 9, 2009              Respectfully submitted,
9                                       DANIEL BRODERICK
                                        Federal Defender
10
                                        /s/ M.Petrik
11                                      _____
                                        MICHAEL PETRIK, Jr.
12                                      Assistant Federal Defender
                                        Attorneys for Defendant

15 Dated: December 9, 2009              BENJAMIN B. WAGNER
                                        United States Attorney
16
                                        /s/ M.Petrik for Robin R. Taylor
17                                      _____
                                        ROBIN R. TAYLOR
18                                      Assistant U.S. Attorney

**ORDER**

22     **IT IS SO ORDERED.**

24 DATED: December 9, 2009
                                        _____
25                                      FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE