```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    AUGUST JOSE ANDERSON
 7
```

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,   )  No. 2:09-CR-290 FCD
                                )
11              Plaintiff,      )  STIPULATION AND ORDER TO
                                )  CONTINUE STATUS CONFERENCE TO
12       v.                     )  MARCH 22, 2010
                                )
13  AUGUST JOSE ANDERSON,       )  Date:  February 8, 2010
                                )  Time:  10:00 a.m.
14              Defendant.      )  Judge: Hon. Frank C. Damrell, Jr.
    _____)
15
```

16       The parties stipulate, through respective counsel, Robin R.

17  Taylor, Assistant United States Attorney, and Michael Petrik, Jr.,

18  attorney for Mr. Anderson, that the Court should vacate the status

19  conference scheduled for February 8, 2010, at 10:00 a.m., and set a new

20  conference date of March 22, 2010, at 10:00 a.m.

21       Counsel for Mr. Anderson requires further time to review discovery

22  with him, to discuss a proposed plea agreement with him, and to

23  negotiate with the government in an effort to resolve this matter.

24       The parties further stipulate that the Court should exclude the

25  period from the signing of this order through March 22, 2010, when it

26  computes the time within which the trial of the above criminal

27

28  STIPULATION AND ORDER              1                    2:09-CR-290 FCD

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting this
3  request for a continuance outweigh the best interest of the public and
4  Mr. Anderson in a speedy trial, and that this is an appropriate
5  exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)
6  (Local Code T4).

8  Dated: February 4, 2010              Respectfully submitted,

9                                       DANIEL BRODERICK
                                         Federal Defender
10
                                         /s/ M.Petrik
11                                       _____
                                         MICHAEL PETRIK, Jr.
12                                       Assistant Federal Defender
                                         Attorneys for Defendant

15 Dated: February 4, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
16
                                         /s/ M.Petrik for Robin R. Taylor
17                                       _____
                                         ROBIN R. TAYLOR
18                                       Assistant U.S. Attorney

**ORDER**

22     **IT IS SO ORDERED.**

24 DATED: February 4, 2010
                                         _____
25                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE