```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   AUGUST JOSE ANDERSON
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 09-290 FCD |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO SEPTEMBER 7, |
| v. | ) 2010 |
| AUGUST JOSE ANDERSON, | ) Date: August 30, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

The parties stipulate, through respective counsel, Robin R. Taylor, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Anderson, that the Court should vacate the status conference scheduled for August 30, 2010, at 10:00 a.m., and set a new conference date of September 7, 2010, at 10:00 a.m.

Counsel for Mr. Anderson requires further time to review discovery with him, to discuss a proposed plea agreement with him, and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the signing of this order through September 7, 2010, when

1  it computes the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act.  The
3  parties stipulate that the ends of justice served by granting this
4  request for a continuance outweigh the best interest of the public and
5  Mr. Anderson in a speedy trial, and that this is an appropriate
6  exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)
7  (Local Code T4).

9  Dated: August 26, 2010                Respectfully submitted,

10                                       DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M. Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
13                                       Assistant Federal Defender
                                         Attorneys for Defendant

16  Dated: August 26, 2010               BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M. Petrik for Robin R. Taylor
                                         _____
                                         ROBIN R. TAYLOR
19                                       Assistant U.S. Attorney

**ORDER**

23     **IT IS SO ORDERED.**

25  DATED:__August 26, 2010

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE