1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   AUGUST JOSE ANDERSON
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. CR. S-09-290 FCD
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                                  ) STATUS CONFERENCE TO OCTOBER 4,
12     v.                         ) 2010
                                  )
13 AUGUST JOSE ANDERSON,          ) Date:  September 7, 2010
                                  ) Time:  10:00 a.m.
14              Defendant.        ) Judge: Hon. Frank C. Damrell, Jr.
   _____)
15

16     The parties stipulate, through respective counsel, Robin R.

17 Taylor, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Anderson, that the Court should vacate the status

19 conference scheduled for September 7, 2010, at 10:00 a.m., and set a

20 new conference date of October 4, 2010, at 10:00 a.m.

21     Counsel for Mr. Anderson requires further time to review discovery

22 with him, to discuss a proposed plea agreement with him, and to

23 negotiate with the government in an effort to resolve this matter.

24     The parties further stipulate that the Court should exclude the

25 period of time from the signing of this order through October 4, 2010,

26 when it computes the time within which the trial of the above criminal

27

28 STIPULATION AND ORDER              1                      CR. S-09-290 FCD

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting this
3  request for a continuance outweigh the best interest of the public and
4  Mr. Anderson in a speedy trial, and that this is an appropriate
5  exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)
6  (Local Code T4).

8  Dated: September 3, 2010           Respectfully submitted,
9                                     DANIEL BRODERICK
                                      Federal Defender
10
                                      /s/ M. Petrik
11                                    _____
                                      MICHAEL PETRIK, Jr.
12                                    Assistant Federal Defender
                                      Attorneys for Defendant
13

14 Dated: September 3, 2010           BENJAMIN B. WAGNER
                                      United States Attorney
15
                                      /s/ M. Petrik for Robin R. Taylor
16                                    _____
                                      ROBIN R. TAYLOR
17                                    Assistant U.S. Attorney

18

19                                **ORDER**

20     **IT IS SO ORDERED.**

21

22 DATED: September 3, 2010          _____
23                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE