IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR. S-09-0290 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| AUGUST JOSE ANDERSON, | |
|     Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AUGUST JOSE ANDERSON, Case No. CR. S-09-0290 FCD, Charge 18 U.S.C. § 1708 - Possession of Stolen Mail, from custody subject to the conditions as stated in open Court on May 23, 2011:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ [ ]

        ____ Unsecured Appearance Bond

        ____ Appearance Bond with 10% Deposit

1     ___    Appearance Bond with Surety

2     ___    Corporate Surety Bail Bond

3     _X_    (Other) [Defendant sentenced to TIME SERVED - Judgment and

4     Commitment to be issued].

5 Issued at Sacramento, CA on May 23, 2011 at 11:00 a.m.

7 Dated: May 23, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

26 ANDERSON, AUGUST release order.wpd     2